IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KRISTY L. HARRIS**                                             **PLAINTIFF**

**V.**                        **CIVIL ACTION NO. 1:21-cv-140-GHD-RP**

**WAL-MART, INC.**
**FACILITY NO. 495**                                               **DEFENDANT**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Kristy L. Harris, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Walmart Stores, Inc., joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 7th day of November, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY:**

*/s/ Rajita Iyer Moss*
Thomas M. Louis (MSB #8484)
Rajita Iyer Moss (MSB #10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
*Attorney for Defendants*

*/s/ C. Cooper Miles*
C. Cooper Miles (MSB #101945)
Schwartz & Associates, P.A.
P. O. Box 3949
Jackson, MS 39207
*Attorney for Plaintiff*